IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR - 4 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | C.A. NO. C-00-117 |
| § | |
| DIANA D. ATKINSON § | |

## NOTICE OF POWER TO CONSENT

Your case has been referred to the Honorable B. Janice Ellington, United States Magistrate Judge of the United States District Court for the Southern District of Texas, Corpus Christi Division. You are further advised that you have the power to consent to have Magistrate Judge Ellington hear your case. 28 U.S.C. § 636(c). If you consent, Magistrate Judge Ellington will be enabled to consider all matters placed before her, including the power of final decision and entry of judgment, with appeal directly to the Court of Appeals for the Fifth Circuit. The Court has confidence in Magistrate Judge Ellington's abilities to consider and promptly hear your case.

If you desire to exercise your power of consent to final judgment before the magistrate judge, please sign the enclosed consent form and return it within fifteen (15) days.

ORDERED this _____31_____ day of ____March____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | C.A. NO. C-00-117 |
| | § | |
| DIANA D. ATKINSON | § | |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this civil matter hereby waive their right to proceed before a district judge of the Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including final decision and entry of judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit, in accordance with 28 U.S.C. § 636(c)(3).

SIGNED BY PLAINTIFF:                    SIGNED BY DEFENDANT:

_____          _____

_____          _____

### ORDER OF REASSIGNMENT

Upon the consent of the parties, it is hereby ordered that the Clerk of the Court assign the above-captioned matter to the Honorable B. Janice Ellington, United States Magistrate Judge, to conduct all further proceedings and the entry of final judgment in accordance with 28 U.S.C. § 636(c).

ORDERED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

(Rev. 9/98)