United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

7.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. C-00-117 (Claim No. C99-04614) |
| DIANA D. ATKINSON, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED  4/18 , 2000, at Corpus Christi, Texas.

_____
Hon. Hayden W. Head, Jr.
United States District Judge